**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Paul Shelton ALLEN, Defendant–Appellant.**

**No. 07–11533**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 25, 2007.

William E. Bubsey, McCord, Bubsey, Ketchum & Donohue, LLP, Tallahassee, FL, for Plaintiff–Appellee.

Christopher P. Canova, Tallahassee, FL, for Defendant–Appellant.

---

Before ANDERSON, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

William E. Bubsey, appointed counsel for Paul Shelton Allen, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED,** and Allen's revocation of supervised release and sentence are **AFFIRMED.**